UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN-LAURENT LARROUDE, on behalf of himself, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TISON GROUP INC.; BARACHOU, LLC; BARACHOU NYC LLC; BARACHOU WV LLC; and REBECCA TISON, individually,<br><br>Defendants. | 25-CV-10324 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

Oral argument will be held on Defendants' pending motion to dismiss on September 16, 2026, at 11:00 a.m. The argument will take place via video conference. Members of the public may listen in by calling 1-646-453-4442, conference code 215810415. The Court will send the parties the video conference link prior to the hearing.

SO ORDERED.

Dated: September 10, 2026
New York, New York

Ronnie Abrams
United States District Judge