UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN-LAURENT LARROUDE, on behalf of himself, individually, and on behalf of all others similarly situated,

Plaintiff,

v.

TISON GROUP INC.; BARACHOU, LLC; BARACHOU NYC LLC; BARACHOU WV LLC; and REBECCA TISON, individually,

Defendants.

25-CV-10324 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

For the reasons stated at today's hearing, Defendants' motion to dismiss is denied. The Clerk of Court is respectfully directed to terminate the motion pending at Docket Number 9. The Court will separately issue an initial order directing the parties to file a joint letter and proposed case management plan.

SO ORDERED.

Dated: September 16, 2026
New York, New York

Ronnie Abrams
United States District Judge