BORRELLI & ASSOCIATES
P.L.L.C.
www.employmentlawyernewyork.com

910 Franklin Avenue
Suite 205
Garden City, NY 11530
Tel. No. 516.248.5550
Fax No. 516.248.6027

655 Third Avenue
Suite 1821
New York, NY 10017
Tel. No. 212.679.5000
Fax No. 212.679.5005

October 9, 2026

*Via ECF*
The Honorable Ronnie Abrams
United States District Judge for the
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Larroude v. Tison Group Inc. et al.*
*Docket No: 1:25-cv-10324-RA*

Dear Judge Abrams:

This office represents the Plaintiff, Kevin-Laurent Larroude, in the above-referenced action. We write to respectfully request a one-week extension of the October 8, 2026 deadline to submit the parties' joint status letter and proposed Case Management Plan and Scheduling Order, through October 15, 2026, and a corresponding adjournment of the October 15, 2026 initial status conference to October 22, 2026 at 11:00 a.m., or another date and time convenient for the Court.

Plaintiff makes this requested because despite contacting Defendants' counsel by both phone and electronic mail multiple times concerning the required joint submissions, no response has been received. Thus, Plaintiff respectfully requests this brief extension to permit the parties to complete those submissions. This is Plaintiff's first request for an extension of this deadline. Defendants' position on this request is unknown because counsel has not responded.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Andrew C. Weiss, Esq.
*For the Firm*

C: All Counsel *via* ECF

Application granted. The initial status conference scheduled for October 15, 2026, is adjourned *sine die*.

SO ORDERED.

Hon. Ronnie Abrams
October 9, 2026