JacksonLewis

**Jackson Lewis P.C.**
666 Third Avenue, 28th Floor
New York, NY 10017
(212) 545-4000 Main

October 14, 2026

**VIA ECF**
Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square, Room 2203
New York, New York 10007

**Re: Larroude v. Tison Group Inc., et al.**
**Docket No. 1:25-cv-10324 (RA)**

Dear Judge Abrams:

This firm has just been retained to substitute as counsel for Defendants Tison Group Inc., Barachou, LLC, Barachou NYC LLC, Barachou WV LLC, and Rebecca Tison (collectively, "Defendants") in the above-referenced action. We write jointly with counsel for Plaintiff, pursuant to Rule 1(D) of Your Honor's Individual Rules and Practices in Civil Cases, to respectfully request two-weeks, until October 28, 2026, to submit a proposed Civil Case Management Plan and Scheduling Order.

As we have only just been retained, the requested extension will allow us the time necessary to become familiar with the case and to meaningfully confer with Plaintiff's counsel regarding a proposed Civil Case Management Plan and Scheduling Order. This is the first request for an extension of this deadline. Plaintiff's counsel consents to, and joins in, this request. The requested extension does not affect any other scheduled dates, as the initial conference scheduled for October 15, 2026 was adjourned sine die per Your Honor's October 9, 2026 Order.

We thank the Court for its time and consideration of this request.

Respectfully submitted,

JACKSON LEWIS P.C.

/s/ *Felice B. Ekelman*
Felice B. Ekelman

Application granted. By October 28, 2026, the parties shall submit a joint letter, case management plan, and scheduling order to the Court. All counsel for all parties shall also appear for initial status conference on November 4, 2026 at 11:30 a.m. Unless the parties request otherwise, the Court will hold this conference by telephone. The parties shall use the following dial-in information to call in to the conference: Call-in Number: (855) 244-8681; Meeting ID: 2305 542 4735. This conference line is open to the public.

SO ORDERED.

Hon. Ronnie Abrams
October 15, 2026