UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN-LAURENT LARROUDE, on behalf of himself, individually, and on behalf of all others similarly-situated,<br><br>Plaintiffs,<br><br>v.<br><br>TISON GROUP INC., BARACHOU, LLC, and BARACHOU NYC LLC, and BARACHOU WV LLC, and REBECCA TISON, individually,<br><br>Defendants. | 25-CV-10324 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

Due to a scheduling conflict, the initial status conference scheduled for November 4, 2026, at 11:30 a.m. is adjourned to 2:30 p.m.

SO ORDERED.

Dated: October 22, 2026
New York, New York

Ronnie Abrams
United States District Judge