UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN-LAURENT LARROUDE, on behalf of himself, individually, and on behalf of all others similarly-situated,<br><br>Plaintiffs,<br><br>v.<br><br>TISON GROUP INC., BARACHOU, LLC, and BARACHOU NYC LLC, and BARACHOU WV LLC, and REBECCA TISON, individually,<br><br>Defendants. | 25-CV-10324 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

As discussed at yesterday's conference, Defendant shall inform the Court by November 18, 2026, whether it intends to oppose Plaintiff's anticipated motion for conditional certification of an FLSA collective action. This matter is also referred to Magistrate Judge Netburn for general pretrial purposes by separate order.

SO ORDERED.

Dated: November 5, 2026
New York, New York

Ronnie Abrams
United States District Judge